**HARRIS BEACH** PLLC

ATTORNEYS AT LAW

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

JUDI ABBOTT CURRY
MEMBER
JCURRY@HARRISBEACH.COM

October 3, 2023

VIA ECF

Hon. Philip M. Halpern
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      RE:    Wise v. Combe Incorporated, Case No. 7:22-cv-10787

Dear Judge Halpern:

We represent Defendant Combe Incorporated ("Combe") in this purported consumer class action matter. Pursuant to Your Honor's Individual Practices 1(C), we respectfully request an adjournment of the Status Conference set for October 5, 2023 at 4:00 PM in Courtroom 520, 300 Quarropas Street, White Plains, NY 10601 before Judge Philip M. Halpern.

The original date of the scheduled conference is October 5, 2023. The reason for the request is that the undersigned has court-ordered depositions on October 4, 5, 6, 10, 11 and 12. This is the first request to adjourn the conference. Plaintiffs' counsel Max Roberts has consented to this adjournment. We are both available to appear for a Status Conference on October 17, 18 or 19, 2023. Thank you for your consideration.

Very truly yours,

HARRIS BEACH PLLC

*Judi Abbott Curry*

Judi Abbott Curry

---

Application granted. The conference scheduled for October 5, 2023 is adjourned to October 26, 2023 at 9:30 a.m. in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 39.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
      October 4, 2023