**HARRIS BEACH** <sup>PLLC</sup>
ATTORNEYS AT LAW

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

**JUDI ABBOTT CURRY**
MEMBER
JCURRY@HARRISBEACH.COM

October 4, 2023

VIA ECF

Hon. Philip M. Halpern
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      RE:    <u>Wise v. Combe Incorporated, Case No. 7:22-cv-10787</u>

Dear Judge Halpern:

We represent Defendant Combe Incorporated ("Combe") in this purported consumer class action matter. Pursuant to direction from chambers this morning, and Your Honor's Individual Practices 1(C), we respectfully request an adjournment of the Status Conference set for October 26, 2023 at 9:30 a.m. before Judge Philip M. Halpern.

The original date of the scheduled conference was October 5, 2023. Yesterday, immediately after receiving the Order for the conference, we efiled a letter seeking an adjournment to October 17, 18 or 19, 2023. This morning the Court issued an Order adjourning the conference to October 26, at 9:30am. However, the undersigned is not available October 26 because I will be in Syracuse NY on October 24 - 26 to make a presentation at a leadership conference. Therefore this is the second request for an adjournment. We make this application with the consent of [plaintiff's counsel, who is] available to appear for a Status Conference on [dates to be determined, for] your consideration.

Very truly yours,

HARRIS BEACH PLLC

*Judi Abbott Curry*

Judi Abbott Curry

---

Application granted. The conference scheduled for October 26, 2023 is adjourned to November 28, 2023 at 11:30 a.m. in Courtroom 520 of the White Plains courthouse. The parties are directed to meet and confer by November 16, 2023 concerning the matters raised in the joint September 29, 2023 letter (Doc. 38). The parties shall advise the Court by letter if the issues raised herein have been resolved prior to the scheduled conference.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 42.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 6, 2023