## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSALIND WISE and MOONA CHOUDRY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>COMBE INCORPORATED,<br>　　　　　　　　　　Defendant. | Case No. 7:22-cv-10787<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Rosalind Wise and Moona Choudry ("Plaintiffs") and Defendant Combe Incorporated ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiffs with each side to bear its own attorneys' fees, expenses, and costs.

Dated: August 12, 2024

*/s/ Philip L. Fraietta*

Philip L. Fraietta
Max S. Roberts
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, Floor 32
New York, New York 10019
Phone: 646.837.7150
Fax : 212.989.9163
pfraietta@bursor.com
mroberts@bursor.com

Brittany S. Scott (Pro Hac Vice)
Emily A. Horne (Pro Hac Vice)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Ste 940
Walnut Creet, CA 94596
Phone: 925.300.4455

Dated: August 12, 2024

*/s/ Kelly Jones Howell*

Kelly Jones Howell, Esq. (KJH-7804)
Judi Abbott Curry, Esq. (JAC-4706)
**HARRIS BEACH PLLC**
100 Wall Street
New York, New York 10005
Phone: 212.687.0100
Fax: 212.687.0659
jcurry@harrisbeach.com
khowell@harrisbeach.com

*Counsel for Defendant*

Fax: 925.407.2700
bscott@bursor.com
ehorne@bursor.com

*Attorneys for Plaintiffs*